**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

DAVID RAY MALDONADO,

    Plaintiff,

v.                                             Case No. 3:15cv334/MCR/EMT

BARACK OBAMA and
JACOB LEW,

    Defendants.
_____/

**O R D E R**

    This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated September 21, 2015. (Doc. 8). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

    2.    Plaintiff's claims are **DISMISSED** without prejudice pursuant to 28 U.S.C.A. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

    3.    All pending motions are denied as moot.

    **DONE AND ORDERED** this 22nd day of October 2015.

                *s/ M. Casey Rodgers*
                **M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**